UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MORESIA BROWN HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| FEDERAL AVIATION ADMINISTRATION, | ) | 3:23-CV-0146-G-BH |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.  The case will be dismissed by separate judgment for failure to prosecute or follow orders of the court.

**SO ORDERED**.

March 23, 2023.

_____
**A. JOE FISH
Senior United States District Judge**