IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MORESIA BROWN HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| FEDERAL AVIATION ADMINISTRATION, | ) | 3:23-CV-0146-G-BH |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.  The plaintiff's request to reopen this lawsuit, filed on October 19, 2023 (docket entry 11), is liberally construed as seeking relief under FED. R. CIV. P. 60(b) and **DENIED**.

**SO ORDERED**.

November 27, 2023.

**A. JOE FISH**
**Senior United States District Judge**

---

[*]  No objections were filed.